UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.                                          NO. CIV. S-05-726 LKK/GGH

JAMES SCHRUPP, et al.,

        Defendants.
                                  /

**STATUS (PRETRIAL SCHEDULING) ORDER**

Pursuant to court order, a Status (pretrial scheduling) Conference was held in Chambers on October 31, 2005.  JEFF SWYERS appeared as counsel for plaintiff; LEE GUTHRIE appeared as counsel for defendant Seeley's; ROGER HAHN appeared as counsel for the Bahneman defendants; MOLLY MOSLEY appeared as counsel for defendant California E.D.D.; and MICHAEL NOBLE appeared as counsel for defendants Schrupp and Brennan.

////

////

1

1  After hearing, the court makes the following findings and
2 orders:
3  **FURTHER STATUS CONFERENCE**
4  A further Status Conference is now SET for December 12, 2005
5 at 2:30 p.m.  The parties are reminded of their obligation to file
6 and serve status reports not later than ten (10) days preceding the
7 conference.
8  IT IS SO ORDERED.
9  DATED:  November 1, 2005.

10                          /s/Lawrence K. Karlton
                           LAWRENCE K. KARLTON
11                          SENIOR JUDGE
                           UNITED STATES DISTRICT COURT