UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                              NO. CIV. S-05-726 LKK/GGH

      Plaintiff,

   v.                          O R D E R

JAMES SCHRUPP, et al.,

      Defendants.

_____/

     Pursuant to court order, a further Status Conference was held in the above-captioned case on December 12, 2005.  JEFF SWYERS appeared as counsel for plaintiff; LEE GUTHRIE appeared as counsel for defendant Seeley's Wholesale Distributors; MOLLY MOSLEY appeared as counsel for defendant State of California Franchise Tax Board; MICHAEL NOBLE appeared as counsel for defendants James Schrupp and Georgeanne Brennan.

////

////

////

1

1    Pursuant to stipulation of the parties, the matter is hereby

2 DISMISSED with prejudice.  Any and all potential claims of Seeley's

3 Wholesale Distributors, however, are dismissed WITHOUT PREJUDICE.

4    IT IS SO ORDERED.

5    DATED:  December 12, 2005

6                              /s/Lawrence K. Karlton
                               LAWRENCE K. KARLTON
7                              SENIOR JUDGE
                               UNITED STATES DISTRICT COURT

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2